

# NUMBER 13-21-00311-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

### IN RE GEORGE ANDREW DAY

### On Petition for Writ of Mandamus.

## ORDER

**Before Justices Benavides, Longoria, and Tijerina**
**Order Per Curiam**

On September 29, 2021, relator George Andrew Day, proceeding pro se, filed a petition for writ of mandamus seeking to compel the trial court to rule on relator's motion to compel an accounting. Relator has also requested that we waive the court costs and fees regarding his filing of this original petition.

The Court requests that the real party in interest, Jack R. Day, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See*

TEX. R. APP. P. 52.2, 52.4, 52.8. We carry relator's request to waive the court costs and fees with the case pending further review.

PER CURIAM

Delivered and filed on the
1st day of October, 2021.

2